**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SUMMER UCHIN,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **CONDO ROCCIA KOPTIW, LLP,** | **NO.  18-5584** |
| **Defendant.** | |

**O R D E R**

**AND NOW**, this 3rd day of June, 2019, upon consideration of Defendant's Motion to Dismiss and briefing in support thereof (ECF No. 10), and Plaintiff's response thereto (ECF No. 16), it is hereby **ORDERED** that Defendant's motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**